WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Defendant, Hartford Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR PLASCENCIA, individually; and KYLE HAIL, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation; DOES, I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-01420<br><br>**PETITION FOR REMOVAL** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that Defendant Hartford Fire Insurance Company ("Hartford") hereby removes this action to the United States District Court for the District of Nevada (the "District Court"), from Nevada's Eighth Judicial District Court in and for Clark County ("State Court"), pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446.

1.   Plaintiffs Salvador Plascencia ("Plascencia") and Kyle Hail ("Hail") (collectively "Plaintiffs") filed this action on July 22, 2022 in State Court as Case No. A-22-855833-C. Plaintiffs named Hartford as the only Defendant. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2.   This Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1332(a)

because: (i) this action is a civil action pending within the jurisdiction and territory of the United States District Court for the District of Nevada; (ii) the action is between citizens of different states; (iii) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs; and (iv) all procedural requirements for removal are met.

3. **There is Complete Diversity of Citizenship Here.** Plaintiffs allege that they were at all times relevant, residents of Clark County, Nevada and therefore citizens of Nevada. (Complaint at ¶ 1-2). Hartford is an Connecticut corporation with its principal place of business in Hartford, Connecticut. Thus, it is a citizen of Connecticut for the purposes of jurisdiction. Accordingly, there is complete diversity of citizenship between and among the Parties.

4. **Consent to Jurisdiction.** Hartford is the only named defendant in this case. As such, it does not need consent for removal from any other party.

5. **The Amount in Controversy Exceeds $75,000.** Plaintiffs seek monetary relief in this action. Plaintiffs allege that they were involved in a motor vehicle accident on August 2, 2018, wherein Plaintiffs were injured and sustained damages. (Complaint at ¶ 9). Plaintiffs contend that at the time of the accident, their employer was the insured under a policy of insurance issued by Hartford, which includes coverages for damages from underinsured motor vehicles ("UIM") in the amount of $1,000,000. (Complaint at ¶ 109).

Hail alleges in Paragraph 86 of the Complaint that he submitted a demand for policy limits to Hartford on March 1, 2021, which included the cost of his medical as of March 1, 2021 totaling $55,462.00, as well as future care totaling between $221,000.00 and $271,300.00. *See* Complaint at ¶¶ 58, 86-87. *See also*, Hail's March 1, 2021 demand to Hartford, attached hereto as **Exhibit 2**.

Plascencia alleges in Paragraph 64 of the Complaint that he submitted a demand for policy limits to Hartford on May 12, 2022, which included the cost of his medical care as of May 12, 2022 totaling $108,594.74. *See* Complaint ¶ 64; *see*, Plascencia's May 12, 2022 demand to Hartford, attached hereto as **Exhibit 3**. Accordingly, the amount in controversy in this action substantially exceeds the $75,000 jurisdictional minimum of this District Court.

6. **Removal is Timely.** The Complaint was filed on July 22, 2022. The Nevada Department of Insurance forwarded the Complaint to Hartford on August 1, 2022 pursuant to NRS

1  680A.260(1).  Thus, this notice of removal is timely filed within the 30-day period prescribed by
2  28 U.S.C. § 1446(b)(1), and less than one year after the action was initiated, as required by 28
3  U.S.C. § 1446(c)(1).

4      7.    **Notice to the State Court and All Adverse Parties.**  Hartford will give notice of
5  this removal to all adverse parties in the action and to the State Court promptly after the filing of
6  the instant Notice of Removal, in compliance with the requirements of 28 U.S.C. § 1446(d).

7      8.    **All Pleadings from the State Court Action Have Been Attached.** The only
8  pleadings from the State Court Action are attached hereto as **Exhibit 1**.

9      9.    **This Notice Complies with Fed. R. Civ. P. 11.**  This Notice of Removal is hereby
10  signed pursuant to Fed. R. Civ. P. 11(a).

11      10.    Accordingly, because Hartford has complied with all applicable terms of 28 U.S.C.
12  § 1446, it hereby removes this action in intervention from the State Court to the District Court, and
13  hereby requests that further proceedings be conducted in the District Court as provided by law.

14  DATED this 31st day of August, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Hartford Fire Insurance Company*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on 31st day of August, 2022, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**EXHIBIT LOG**

| | |
|---|---|
| Exhibit 1 | All filings of record from case A-22-855833-C |
| Exhibit 2 | Hail's March 1, 2021 demand |
| Exhibit 3 | Plascencia's May 12, 2022 demand |