WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Defendant, Hartford Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR PLASCENCIA, individually; and KYLE HAIL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation; DOES, I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-01420-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

Defendant Hartford Fire Insurance Company ("Hartford"), and Plaintiffs, Salvador Plascencia and Kyle Hail ("Plaintiffs"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Time to Respond to Plaintiff's Complaint (Second Request) as follows:

On July 22, 2022, Plaintiffs Salvador Plascencia and Kyle Hail ("Plaintiffs") filed their Complaint with the Eighth Judicial District Court for the State of Nevada as Case No. A-22-855833-C [ECF No. 1-1]. Hartford removed the action to the United States District Court on August 31, 2022 [ECF No. 1]. Hartford's original deadline to file its response to the Complaintive pleading was 7 days from the removal pursuant to FRCP 81(c)(2)(C), which was September 7, 2022.

Previously, Hartford's counsel conferred with Plaintiffs' counsel regarding an extension of the deadline and filed an Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint to September 22, 2022 [ECF No. 4]. An Order granting the Motion was entered on September 20, 2022 [ECF No. 7].

While Hartford has endeavored to file its response prior to the September 22, 2022 deadline, Hartford's counsel has fallen ill and requested an additional one-week extension from Plaintiffs' counsel to respond to the Complaint. Plaintiffs do not object to the requested extension.

IT IS HEREBY STIPULATED that Hartford shall be allowed an additional week to file its responsive pleading with the new deadline being September 29, 2022. This is the second request for an extension which is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 20th day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Hartford Fire Insurance Company*

DATED this 20th day of September, 2022.

PRINCE LAW GROUP

*/s/ Kevin T. Strong*
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
Andrew R. Brown, Esq.
Nevada Bar No. 15875
10801 West Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs, Kyle Hail and Salvador Plascencia*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-21-2022