# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Salvador Plascencia,<br><br>                Plaintiff(s),<br><br>vs.<br><br>Hartford Fire Insurance Company,<br><br>                Defendant(s). | **2:22-cv-01420-GMN-MDC**<br><br>**Order** |

      In light of the tragic events of April 8, 2024, the Court *sua sponte* vacates the pre-trial deadlines set forth in its February 13, 2024, Order (ECF No. 29). The parties are requested to please confer and submit a stipulation by June 17, 2024, with proposed new pre-trial and discovery deadlines.

      DATED this 11th day of April 2024.

      IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge