**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Salvador Plascencia, *et al*, <br><br>　　　　　　Plaintiff(s), <br><br>vs. <br><br>Hartford Fire Insurance Company, <br><br>　　　　　　Defendant(s). | **2:22-cv-01420-GMN-MDC** <br><br><br>**Order** |

　　　　For good cause shown and because the motion is unopposed, the *Motion to Substitute Attorney* (ECF No. 33) is GRANTED.

　　　　Andrew Ryan Brown, Esq., Dennis Michael Prince, Esq., and Kevin Thomas Strong, Esq., of the law firm Prince Law Group will be substituted by Joseph A. Gutierrez, Esq. of the law firm of Maier Gutierrez & Associates as counsel of record for the plaintiff.

　　　　Andrew Ryan Brown, Esq., Dennis Michael Prince, Esq., and Kevin Thomas Strong, Esq. are removed as counsel of record for plaintiff and removed from CM/ECF service for this case.

　　　　DATED this 21st day of June 2024.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge