WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR PLASCENCIA, individually; and KYLE HAIL, individually, <br><br> Plaintiffs, <br> vs. <br><br> HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation; DOES, I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive, <br><br> Defendants. | Case No.:  2:22-cv-01420-GMN-MDC <br><br> **STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** |

Salvador Plascencia and Kyle Hail (**Plaintiffs**), and Defendant, Hartford Fire Insurance Company (**Hartford**), (collectively, the **Parties**), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS:

1.      Plaintiffs filed their Complaint on July 22, 2022;

2.      Hartford filed its Answer on October 4, 2022;

3.      The Parties reached a settlement; and

4.      The terms of the settlement are confidential, but the Parties agree to dismiss all pending claims for agreed-upon consideration;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs'

1  Complaint against Hartford shall be dismissed in its entirety ***with prejudice***.

2      **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and

3  Order is intended to be, or will be, construed as an admission of the claims or defenses of the

4  Parties.

5      **IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own

6  attorney's fees and costs incurred in this litigation and settlement.

7      **IT IS SO STIPULATED**.

8  Dated this 3rd day of March, 2025.              Dated this 3rd day of March, 2025.

9  WRIGHT, FINLAY & ZAK, LLP                   MAIER GUTIERREZ & ASSOCIATES

10

11  */s/ Darren T. Brenner*                         */s/ William A. Gonzales, II*
    Darren T. Brenner, Esq.                         Joseph A. Gutierrez, Esq.
12  Nevada Bar No. 8386                             Nevada Bar No. 9046
    Stephanie Garabedian, Esq.                      William A. Gonzales, II, Esq.
13  Nevada Bar No. 9612                             Nevada Bar No. 15230
    8337 W. Sunset Rd., Suite 220                   8816 Spanish Ridge Avenue
14  Las Vegas, NV 89113                             Las Vegas, Nevada 89148
    *Attorney for Defendant, Hartford Fire*         *Attorneys for Plaintiffs, Kyle Hail and*
15  *Insurance Company*                             *Salvador Plascencia*
16

17

18                          **ORDER**

19  IT IS SO **ORDERED**.

20  DATED: ___March 4, 2025___

21                          _____
                            UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28